UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY C. HAITHCOX #207322,

    Plaintiff,                                        Case No. 06-11756

v.                                                  District Judge Arthur J. Tarnow
                                                     Magistrate Judge R. Steven Whalen

MARY GREINER, M.D., et al.,

    Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S REQUEST FOR
APPOINTMENT OF COUNSEL AND STAYING PROCEEDINGS**

    Plaintiff has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983, as well as a motion to appoint counsel [Docket #12]. The motion to appoint counsel is hereby GRANTED, and the Court will endeavor to obtain *pro bono* counsel for Plaintiff.

    In addition, further proceedings in this case are STAYED pending appointment of counsel.

    SO ORDERED.

                                                      S/R. Steven Whalen
                                                      R. STEVEN WHALEN
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: October 18, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys

and/or parties of record by electronic means or U.S. Mail on October 18, 2006.

          S/Gina Wilson
          Judicial Assistant