UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY C. HAITHCOX #207322,

    Plaintiff,      Case No. 06-11756

v.      District Judge Arthur J. Tarnow
     Magistrate Judge R. Steven Whalen

MARY GREINER, M.D., et al.,

    Defendants.

_____/

## ORDER

Before the Court is Plaintiff's Explanation of the Conflict of Interest [#68] regarding the Pro Bono representation assigned by this Court on January 08, 2007. The Court has also reviewed Pro Bono Counsel Abraham Singer's letter in response. It is the Court's determination after reviewing the aforesaid documents that both parties would be mutually served by allowing Counsel to withdraw from the Pro Bono representation of Plaintiff.

Therefore,

IT IS HEREBY ORDERED that the firm of Pepper Hamilton and Abraham Singer shall be allowed to withdraw as Pro Bono counsel for the Plaintiff and the Order of Assignment dated January 08, 2007 [#27] is hereby VACATED.

                                            S/R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated: August 20, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 20, 2008.

                                                S/G. Wilson  
                                                Judicial Assistant