UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY C. HAITHCOX | Case No. 06-11756 |
| Plaintiff, | HONORABLE ARTHUR J. TARNOW |
| v. | DISTRICT JUDGE |
| MARY GRAINER, M.D., ET AL., | HONORABLE R. STEVEN WHALEN |
| Defendants. | MAGISTRATE JUDGE |
| _____/ | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [116] GRANTING DEFENDANT CMS'S MOTION FOR SUMMARY JUDGMENT [98], GRANTING DEFENDANT GRAINER'S MOTION FOR SUMMARY JUDGMENT [99] AND DENYING AS MOOT DEFENDANTS CMS AND GRAINER'S MOTION TO DISMISS [87]**

On March 15, 2010, Magistrate Judge Whalen issued a Report and Recommendation [116] that Defendant CMS's Motion for Summary Judgment [98] and Defendant Grainer's Motion for Summary Judgment [99] be granted and that Defendants' Motion to Dismiss [87] be denied as moot.

The Court has reviewed Report and Recommendation and record in this case.

Defendant has failed to respond to the summary judgment motions despite Magistrate Judge Whalen's December 16, 2009 order [112] for Plaintiff to do so within thirty days.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendant CMS's Motion for Summary Judgment [98] and Defendant Grainer's Motion for Summary Judgment [99] are **GRANTED** and Defendants' Motion to Dismiss [87] is **DENIED** as moot.

Pursuant to Local Rule 7.1(h), Plaintiff may file a motion for reconsideration within fourteen (14) days after entry of this order.

**SO ORDERED.**

                               S/ARTHUR J. TARNOW
                               Arthur J. Tarnow
                               United States District Judge

Dated: March 31, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record and

**Timothy Haithcox** #207322, 9450 W. L Avenue, Kalamazoo, MI 49009 on March 31, 2010, by electronic and/or ordinary mail.

                               S/LISA M. WARE
                               Case Manager