UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY C. HAITHCOX | Case No. 06-11756 |
| Plaintiff, | HONORABLE ARTHUR J. TARNOW |
| v. | DISTRICT JUDGE |
| MARY GRAINER, M.D., ET AL., | HONORABLE R. STEVEN WHALEN |
| | MAGISTRATE JUDGE |
| Defendants. | |
| _____/ | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [121], GRANTING DEFENDANTS MELVIN AND PRICE'S MOTION FOR SUMMARY JUDGMENT [117], AND *SUA SPONTE* DISMISSING DEFENDANT DUBOC

On August 17, 2010, Magistrate Judge Whalen issued a Report and Recommendation [121] that Defendants Melvin and Price's Motion for Summary Judgment [117] be granted and that Defendant Duboc be dismissed *sua sponte*. No objections were filed.

The Court has reviewed Report and Recommendation and record in this case.

Defendant has failed to respond to the summary judgment motion despite Magistrate Judge Whalen's March 29, 2010 order [118] for Plaintiff to do so by April 23, 2010.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendants Melvin and Price's Motion for Summary Judgment [117] is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is dismissed as to Defendant Duboc.

This order resolves all pending motions and closes the case.

1

**SO ORDERED.**

S/ARTHUR J. TARNOW
Arthur J. Tarnow
Senior United States District Judge

Dated: September 9, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record and

**Timothy Haithcox**
207322
9450 W. L Avenue
Kalamazoo, MI 49009

 on September 9, 2010, by electronic and/or ordinary mail.

S/LISA M. WARE
Case Manager